```
                              FILED
                          IN OPEN COURT

                           DEC 2 2 2004   19
                               CLERK
                         U. S. DISTRICT COURT
```

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

TED MAINES,

        Intervenor-Plaintiff,

-vs-                Case No. 6:02-cv-1112-Orl-28DAB

FEDERAL EXPRESS
CORPORATION,

        Defendant.

_____

## VERDICT

1. Do you find from a preponderance of the evidence that a higher management official of the Defendant acted with malice or reckless indifference to Ted Maines's federally protected rights?

        Answer Yes or No   __Yes_____

2. If your answer to Question 1 is Yes, do you find from a preponderance of the evidence that the Defendant itself had not acted in a good faith attempt to comply with the law by adopting policies and procedures designed to prohibit such discrimination in the workplace?

Answer Yes or No ___No___

3. If you answered Yes to both Question 1 and Question 2, what amount of punitive damages, if any, should be assessed against the Defendant?

$_____

SO SAY WE ALL.

_Lisa Asham_ (signature)
Foreperson

DATED: _12-22-2004_