UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

                Plaintiff,

TED MAINES,

                Intervenor-Plaintiff,

-vs-                                              Case No. 6:02-cv-1112-Orl-28DAB

FEDERAL EXPRESS CORPORATION,

                Defendant.
_____

## ORDER

Plaintiffs Ted Maines and the Equal Employment Opportunity Commission have filed a Notice of Acceptance of Remittitur (Doc. 146). In accordance with that Notice, with Plaintiffs' Notice of Filing Election of Remedies (Doc. 114), with the jury's verdicts (Docs. 116 & 121), and with prior Orders of this Court (Docs. 133 & 145), it is **ORDERED** as follows:

1. The Clerk is directed to enter a judgment providing that Plaintiff Ted Maines shall recover from Defendant Federal Express Corporation $201,010.30 in lost wages and benefits and $350,000.00 for emotional pain and mental anguish, for a total judgment amount of $551,010.30. This sum shall bear interest from the date of entry of judgment at the statutory rate.

2. As set forth in Local Rule 4.18, "all claims for costs or attorney's fees preserved by appropriate pleading or pretrial stipulation shall be asserted by separate motion or petition filed not later than fourteen (14) days following the entry of judgment."

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___25___ day of May, 2005.

                                          JOHN ANTOON II
                                          United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party