# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

        **Plaintiff,**

**TED MAINES,**

        **Intervenor-Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:02-cv-1112-Orl-28DAB**

**FEDERAL EXPRESS CORPORATION,**

        **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**    **MOTION FOR ATTORNEY'S FEES AND COSTS (Doc. No. 149)**
>
> **FILED:**      **June 8, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

> **MOTION:**    **MOTION FOR TAXATION OF COSTS BY THE UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (Doc. No. 150)**
>
> **FILED:**      **June 8, 2005**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

There is now pending an appeal from the final judgment. Determination of that appeal, regardless of its outcome, will greatly affect consideration of the motion for fees. Any time spent analyzing the fee request at this juncture would likely be wasted. It does not appear that consideration of the appeal itself would be better informed if accompanied by a decision on fees.

For these reasons, the motions are denied without prejudice to reassertion after completion of the appellate process. *See* Comments to 1993 Amendments to Rule 58, F.R.Civ.P.

With respect to the motions insofar as they relate to taxation of costs, no motion is necessary. Upon submission of properly executed bills of costs, the Clerk will tax allowable costs (subject to any motion challenging the Clerk's taxation. Plaintiffs may seek taxation of costs by filing separate Bills of Costs (using the Clerk's form)[1] within five days of this Order.

**DONE** and **ORDERED** in Orlando, Florida on June 20, 2005.

*David A. Baker*

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] Plaintiff EEOC submitted such a form as an exhibit to its motion, and Plaintiff Maines provided an itemized list, not on a form, as an exhibit to his motion. The substance of these exhibits should be reflected in properly executed forms, separately filed without any motion.