UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Plaintiff,

TED MAINES,

Intervenor-Plaintiff,

-vs-                                                                    Case No. 6:02-cv-1112-Orl-28DAB

FEDERAL EXPRESS CORPORATION,

Defendant.

## ORDER

This case is before the Court on the Motion to Review Bill of Costs Granted to EEOC (Doc. No. 158) filed July 1, 2005, and the Motion to Review Bill of Costs Granted to Ted Maines (Doc. No. 160) filed July 1, 2005. The United States Magistrate Judge has submitted a report recommending that the Motion to Review Bill of Costs Granted to EEOC be denied and the Motion to Review Bill of Costs Granted to Ted Maines be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.	The Report and Recommendation filed July 21, 2005 (Doc. No. 165) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.	The Motion to Review Bill of Costs Granted to EEOC (Doc. No. 158) is **DENIED**.

3.	The Motion to Review Bill of Costs Granted to Ted Maines (Doc. No. 160) is **GRANTED in part and DENIED in part**. The award of costs to Ted Maines should be vacated in favor of the filing by Maines of an Amended Bill of Costs, consistent with the deletions and modifications referenced in the Report and Recommendation. To the extent there are any remaining objections to the modified bill of costs, they are denied.

4.	The Clerk of Court is directed to vacate the award of costs to Ted Maines, and Ted Maines should file his Amended Bill of Costs within 15 days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of August, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party